# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-01485-JFW-SKx                                  Date March 21, 2017

Title: David Rosario v. Fay Servicing, LLC et al

Present: The Honorable John F. Walter

|  Shannon Reilly  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                   Not Present

Proceedings:   ☐ In Court     ☒ In Chambers     ☒ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____ .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  No Answer or Motion for Summary Judgment filed; clerk shall close the case.  JS-6

☐ Entered _____ .

Initials of Preparer    sr